Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re )
**Christopher R Mackenzie** ) Case No. **20-33477-dwh7**
**Elizabeth L Mackenzie** )
 )
 ) **Trustee's Objections to Claimed**
 ) **Exemptions, and Order Thereon**
 )
Debtor(s) )

The trustee, **Rodolfo A Camacho**_____, objects to the debtor(s)' claim of exemption in the following property under the provisions of 11 U.S.C. § 522(1) and FRBP 4003:

**Homestead Exemption 11 U.S.C. 522(d)(1)**

and requests an order that each be disallowed for the following reasons:

**Debtor had sold their residence 9 weeks prior to filing their bankruptcy.**

Date:  **02/01/2021**          **/s/ Rodolfo Camacho**_____
                                                                Trustee

752.20 (12/1/2018)          Page 1 of 2

**IT IS ORDERED, AND NOTICE IS GIVEN,** that the debtor(s)' claim of exemption in the property named above will be disallowed pursuant to the trustee's objection, without further order of the court, unless within 23 days of the most recent date included in the "Filed" stamp above, the debtor(s):

1) files a written request for a hearing, setting forth the specific grounds for the hearing, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401; and

2) serves the request on the trustee at: **Rodolfo Camacho, Trustee 2755 Commercial St SE, 101-340, Salem, OR 97302**.

###