**03/09/2021**          **TUESDAY**

**10:00     20-33477 dwh  7   bk     Christopher R. Mackenzie and Elizabeth L. Mackenzie**
**Response and Request for Hearing Filed by Debtor Christopher**
**R. Mackenzie, Joint Debtor Elizabeth L. Mackenzie Re: (12) Order**
**re: (11) Trustee's Objection to Claimed Exemptions Filed by**
**Trustee Rodolfo A Camacho. (Camacho, Rodolfo) (jbk)**
**(HENDERSON, NICHOLAS) (27)**

Christopher R. Mackenzie - db        NICHOLAS J HENDERSON

Elizabeth L. Mackenzie - jdb

Rodolfo A Camacho - tr               DAVID CRISWELL

Evidentiary Hearing:        Yes:  ☐        No:  ☑

For the reasons stated on record, court will overrule the objection [11].

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers  ☐

DOCKET ENTRY:

The court OVERRULES the trustee's objection to claimed exemptions [11].

David W. Hercher
David W. Hercher
U.S. Bankruptcy Judge