Certificate Number: 13861-OR-DE-035467417

Bankruptcy Case Number: 20-33477



13861-OR-DE-035467417

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 16, 2021, at 5:51 o'clock PM PDT, Christopher R Mackenzie completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: March 16, 2021     By:   /s/Rebecca K Snyder

                                           Name: Rebecca K Snyder

                                           Title: Counselor