Certificate Number: 13861-OR-DE-035467416

Bankruptcy Case Number: 20-33477



13861-OR-DE-035467416

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 16, 2021, at 5:51 o'clock PM PDT, Elizabeth L Mackenzie completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: March 16, 2021

By: /s/Rebecca K Snyder

Name: Rebecca K Snyder

Title: Counselor